IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE BETANCOURTH, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | No. 4:12-cv-03654 |
| v. | § § § | JURY TRIAL DEMANDED |
| GREYCO SEISMIC PERSONNEL SERVICES, LLC, | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

The Court, having considered the Plaintiff's stipulation of dismissal with prejudice, hereby DISMISSES this case with prejudice to refiling. It is further

ORDERED that, except as otherwise provided for in the settlement agreement, each party shall bear its own costs and fees. It is further

ORDERED that the Court retains jurisdiction to enforce the settlement agreement. It is further

ORDERED that all relief not specifically granted in this order is DENIED.

SIGNED this 28th day of March in the year 2013 at Houston, Texas.

SIM LAKE
United States District Judge